IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:03cr38-RH

ADAM FRANKLIN BOYD,

    Defendant.

_____/

## ORDER REDUCING SENTENCE

    The defendant Adam Franklin Boyd has moved to reduce his sentence under United States Sentencing Guidelines Amendment 782. That amendment allows a court to reduce a defendant's sentence, effective as of November 1, 2015, under specific circumstances. By order docketed on August 5, 2015, ECF No. 47, I gave notice of my intent to reduce Mr. Boyd's sentence to the greater of 181 months or time served, unless the government or Mr. Boyd showed that I should not do so.

    The government has filed a response that acknowledges my discretion to reduce Mr. Boyd's sentence and does not oppose the reduction. Based on the existing record, including the presentence report, I conclude that Mr. Boyd's sentence should be reduced as set out in the prior order.

One other matter deserves mention.  The government's response refers to a memorandum from the probation office to the court.  Without my knowledge, a copy of the memorandum was provided to the government.  So far as I know, a copy was not provided to Mr. Boyd.  My practice is to provide materials of that kind to a party only if it is simultaneously provided to the other party.  In any event, I consider 782 issues de novo, without deference to the probation office's analysis; I use memoranda of this kind only to verify my own calculations.  In instances in which, unlike here, there is factual information in a probation memorandum that affects the 782 analysis—for example, information about a defendant's post-sentencing conduct or prison disciplinary record—I always provide the information to both sides and give both sides an opportunity to be heard.  Here I have not provided the probation memorandum to Mr. Boyd or made it part of the record because it has not affected the analysis.

Accordingly,

IT IS ORDERED:

1.     The motion to reduce sentence, ECF No. 45, is granted.

2.     Mr. Boyd's sentence is reduced to the greater of 181 months or time served, effective as of November 1, 2015.  The judgment remains the same in all other respects.

Case No.   5:03cr38-RH

3. The clerk must provide a copy of this order to Mr. Boyd himself by mail and to the attorneys of record and the Federal Public Defender through the electronic filing system.

SO ORDERED on September 18, 2015.

s/Robert L. Hinkle<br>United States District Judge